UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | | CASE NO: 14-00748 |
|---|---|---|
| | | CHAPTER 13 |
| JESSICA DESANTIS, | | |
| | DEBTOR(S) | CERTIFICATION OF PLAN COMPLETION AND |
| | | REQUEST FOR DISCHARGE |

The above-captioned debtors certify under penalty of perjury that the following are true and correct:

1)    All plan payments have been completed and the debtor is entitled to a discharge.

2)    Pursuant to 11 U.S.C. § 1328(a), all amounts payable for domestic support obligations due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid to:

Name:   None/not applicable

The debtor's employer and address:

Name:   Florida Department of Corrections

Address:   7424 Laurel Hill Drive, Orlando, Florida  32818

Claims that were not discharged pursuant to 11 U.S.C. § 523(a)(2) or (4):   NONE

Debts that were reaffirmed under 11 U.S.C. § 524(c):   None

3)    The provisions of 11 U.S.C. § 522(q)(1) are not applicable to this case under 11 U.S.C. § 1328(h) and there are no proceedings pending against the debtor of the kind described in 11 U.S.C. § 522(q)(1)(A) or 522(q)(1)(B).

4)    The debtor has not received a discharge in a case filed under 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

5)    The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has either previously filed Official Form 23 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

The undersigned requests that a discharge be granted in accordance with 11 U.S.C. § 1328.

DATE:  April 6, 2019

/S/ *Jessica DeSantis*_____

Debtor

EXHIBIT B TO SC LBR 3015-5


UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO:  14-00748 |
| | CHAPTER: 13 |
| JESSICA DESANTIS, | |
| | NOTICE OF CERTIFICATION OF PLAN |
| DEBTOR(S) | COMPLETION AND REQUEST FOR DISCHARGE |

To:  The Trustee and to all creditors and parties in interest:

**YOU ARE HEREBY NOTIFIED** that the above-captioned debtor has requested a discharge pursuant to 11 U.S.C. § 1328(a) in the above case.  A copy of the Certification of Plan Completion and Request for Discharge is attached.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you have any reason to believe that the provisions of 11 U.S.C. § 522(q)(1) apply to this debtor or that there is pending any proceeding in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B) or that the debtor is otherwise not entitled to a discharge, then you or your attorney must:

1. File with the Court a written response to the Certification, specifying the basis for your response, no later than fourteen (14) days from the date of service of this Notice, and mail a copy to:

Craig Joseph Poff, Esq.

704 Prince Street

Beaufort, South Carolina 29902

Jessica DeSantis

9029 Thomasville Drive, Winter Haven, FL  33884

2. Attend the hearing to be held as indicated below.

PLEASE TAKE FURTHER NOTICE that no hearing will be held on the Request for Discharge unless a response is timely filed and served, in which case, the Court will conduct a hearing on **MAY 9, 2019 at 9:00 a.m. at 145 King Street, Charleston, South Carolina**.  No further notice of this hearing will be given.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED.

| | |
|---|---|
| Date of Service: April 6, 2019 | /s/ Craig Joseph Poff |
| | Signature of Attorney/*Pro Se* Debtor |
| | Craig Joseph Poff, Esq. #5212 |
| | 704 Prince Street |
| | Beaufort, South Carolina 29902 |
| | 843-521-0995 |

843-521-0038  Fax
pofflawoffice@aol.com

Beaufort, SC

April 6, 2019

THIS WILL CERTIFY that a copy of the foregoing was mailed, postage prepaid, US Mail, to the following Creditors and counsel who have made an appearance in this matter, and to the Chapter 13 and United States Trustees Office, both care of the ECF system maintained by this Court.

/s/ Craig Joseph Poff
Craig Joseph Poff
Attorney for Debtor
704 Prince Street
Beaufort, SC  29902
843-521-0995

**Aaron's SALO Lockbox**
P.O. Box 102746
Atlanta, GA 30368(542584114)
(cr)**Aarons**
11 Robert Smalls Parkway
Beaufort SC 29906(542512520)
(cr)**Ally Financial**
Post Office Box 38902
Minneapolis MN 55438(542512521)
(cr)**Ally Financial serviced by Ally Servicing LLC**
P.O. Box 130424
Roseville, MN 55113-0004(542514875)
(cr)**American Adjustment Bureau**
Post Office Box 2758
Waterbury CT 06723(542512522)
(cr)**Ashley Funding Services, LLC its successors and**
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587(542577712)
(cr)**Austin Chase Apartments**
59 Summerlake Circle
Ridgeland SC 29936(542512523)
(cr)**Banfield Pet Hospital**
30 Malphrus Place
Suite 106
Bluffton SC 29910(542512524)
(cr)**Beaufort County Treasurer**
Post Office Box 487
Beaufort SC 29901(542512525)

(cr)**Beaufort ENT**
1231 Ribaut Road
Beaufort SC 29902(542512526)
(cr)**Beaufort Medical Imaging, Inc.**
Post Office Box 49009
Greenwood SC 29649(542512527)
(cr)**Beaufort Memorial Hospital**
Post Office Box 1085
Beaufort SC 29901(542512528)
(cr)**Beaufort Memorial Hospital**
Post Office Box 1085
Beaufort SC 29901(542512529)
(cr)**Beaufort Memorial Physicians**
Post Office box 100106
Columbia SC 29202(542512530)
(cr)**Bolton Veternarian Hospital**
222 Boston Turnpike
Bolton CT 06043(542512531)
(cr)**Camp Green Dog**
1190 Argent Boulevard
Ridgeland SC 29936(542512532)
(cr)**Capital One**
Post Office Box 70884
Charlotte NC 28272(542512535)
(cr)**Capital One**
Post Office Box 70884
Charlotte NC 28272(542512534)
(cr)**Capital One**
Post Office Box 30281
Salt Lake City UT 84130(542512533)
(cr)**Century Link**
Post Office Box 96064
Charlotte NC 28296(542512536)
(cr)**Connecticut Department of Labor**
Post Office Box 30290
Hartford CT 06150(542512537)
(cr)**CREDIT FIRST N A**
PO BOX 818011
CLEVELAND OHIO 44181(542551069)
(cr)  Creditor committee*Entity***Credit One Bank**
Post Office Box 60500
City Of Industry CA 91716(542512538)
(cr)**Firestone Complete Auto Care**
Post Office Box 81410
Cleveland OH 44181(542512539)
(cr)**HRRG-ASC Emergency Physician**

Post Office Box 189053
Fort Lauderdale FL 33318(542512540)
(cr)**Jefferson Capital Systems, LLC**
PO Box 7999
Saint Cloud, MN 56302-9617(543397165)
(cr)**LabCorp**
Post Office Box 2240
Burlington NC 27216(542512541)
(cr)**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587(542577434)
(cr)**Main Street Acquisition Corp., assignee**
of HSBC FFAM
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701(542534713)
(cr)**Manchester Memorial Hospital**
71 Haynes Street
Manchester CT 06040(542512543)
(cr)**Manchester Memorial Hospital**
71 Haynes Street
Manchester CT 06040(542512542)
(cr)**Merchants Credit Association**
4110 Clemson Boulevard
Suite A
Anderson SC 29621(542512544)
(cr)**Palmetto Eye Specialists**
220 Pembroke Drive
Suite 100
Hilton Head Island SC 29926(542512545)
(cr)**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541(542581126)
(cr)**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk, VA 23541(543253357)
(cr)**Regional Acceptance**
Post Office Box 830915
Birmingham AL 35283(542512546)
(cr)**Regional Acceptance Corporation**
PO Box 1847
Wilson, NC 27894-1847(542585006)
(cr)**Regional Finance**
2303 Boundary Street

Suite 3
Beaufort SC 29902(542512547)
(cr)**REGIONAL MANAGEMENT CORPORATION**
PO BOX 776
MAULDIN, SC 29662
(864) 546-3404(542515522)
(cr)**Sprint**
Post Office Box 7949
Overland Park KS 66207(542512548)
(cr)**Sprint Corp.**
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949(542517046)
(cr)**St. Francis Hospital**
114 Woodland Road
Hartford CT 06105(542512549)
(cr)**Town of Manchester Connecticut**
41 Center Street
Manchester CT 06040(542512550)
(cr)**U.S. Department of Education**
Post Office Box 530260
Atlanta GA 30353(542512552)
(cr)**U.S. Department of Education**
Post Office Box 530260
Atlanta GA 30353(542512551)
(cr)**United Telephone Company of the Carolinas, LLC d/b**
CenturyLink Bankruptcy
359 Bert Kouns
Shreveport, La 71106(542516617)
(cr)**US Department of Education**
Post Office Box 4169
Greenville TX 75403(542512553)
(cr)